Grant D. Waterkotte, Esq., SBN 215007
Cesilie J. Garles, Esq., SBN 349708
**WATERKOTTE MULLIS MORENO & GARLES, PC**
6080 Center Drive, Suite 600
Los Angeles, CA 90045
Tel:   (213) 789-5620
Fax:   (213) 536-4419
Email: Grant@wmmglaw.com
          Cesilie@wmmglaw.com

**Attorneys for Defendant**
**WALMART INC.**

# UNITED STATES DISCTIRCT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BLANCA VALLADARES, | CASE NO.: 2:24-CV-01421-SHK |
|---|---|
| Plaintiff, | **[PROPOSED]** **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| WALMART, INC. and DOES 1 to 10, | Courtroom: 6C<br>Magistrate Judge:<br>Hon. Shashi K. Kewalramani<br>Complaint Filed:  August 14, 2023<br>Trial Date:  September 22, 2025 |
| Defendant. | |

A stipulation for Dismissal having been entered into between the parties to the above-entitled action, and the parties having thereby agreed to the dismissal of this action, and good cause appearing;

IT IS HEREBY ORDERED that the above-entitled matter is dismissed **with prejudice.**

Dated: 07/01/2025        By: _____

                    Hon. Shashi K. Kewalramani

2354-7098

1